UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY STEVEN DANIEL,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 15-3397 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Limited Remand filed concurrently herewith.

DATED: March 10, 2016

                                                                /s/
                                       Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE